FILED
CLERK, U.S. DISTRICT COURT
04/05/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARLENA LASHELLE BROWN,<br><br>    Defendant. | ED CR No. 5:23-cr-00063-JWH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1709: Theft of Mail Matter by a Postal Service Employee; 18 U.S.C. § 1708: Possession of Stolen Mail] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1709]

On or about September 11, 2020, in Riverside County, within the Central District of California, defendant MARLENA LASHELLE BROWN, an employee of the United States Postal Service, stole, abstracted, and removed articles from the mail, namely, a Target gift card and an Amazon gift card, contained in mail sent to an address in Murrieta, California, which had come into her possession intended to be conveyed by the United States mail.

COUNT TWO

[18 U.S.C. § 1708]

On or about September 18, 2020, in Riverside County, within the Central District of California, defendant MARLENA LASHELLE BROWN unlawfully possessed mail, mail matter, and an article that had been contained within the mail, that had been stolen, taken, embezzled, and abstracted, namely, a Target gift card, which had been contained in a piece of mail addressed to an individual in Murrieta, California, and at that time and place, defendant BROWN knew that said mail, mail matter, and article were stolen, taken, embezzled and abstracted.

## COUNT THREE

[18 U.S.C. § 1708]

On or about September 22, 2020, in Riverside County, within the Central District of California, defendant MARLENA LASHELLE BROWN unlawfully possessed mail, mail matter, and an article that had been contained within the mail, that had been stolen, taken, embezzled, and abstracted, namely, an Amazon gift card, which had been contained in a piece of mail addressed to an individual in Winchester, California, and at that time and place, defendant BROWN knew that said mail, mail matter, and article were stolen, taken, embezzled and abstracted.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

TRITIA L. YUEN
Assistant United States Attorney
Riverside Branch Office

3